# UNITED STATES DISTRICT COURT

Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> CHRISTOPHER QUINTON HEARLSON | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) <br> (WO) <br><br> Case No. 3:15cr404-WKW-01 <br> USM No. 15851-002 <br><br> Cecilia Vaca <br> Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2, 3, 4, 5, 6, 8, 9, 10,11   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

****Defendant pled NO CONTEST to VIOLATION #7 of the Petition***

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to refrain from the unlawful use of a controlled substance | 05/29/2020 |
| 2 | Defendant failed to refrain from the unlawful use of a controlled substance | 06/26/2020 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0031

Defendant's Year of Birth:  1980

City and State of Defendant's Residence:
Lagrange, GA

06/28/2021
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. KEITH WATKNS, United States District Judge
Name and Title of Judge

06/28/2021
Date

DEFENDANT: CHRISTOPHER QUINTON HEARLSON
CASE NUMBER: 3:15cr404-WKW-01

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Defendant failed to refrain from the unlawful use of a controlled substance | 12/09/2020 |
| 4 | Defendant failed to notify the USPO at least 10 days prior to any change in residence or employment | 11/19/2020 |
| 5 | Defendant failed to notify the USPO at least 10 days prior to any change in residence or employment | 11/30/2020 |
| 6 | Defendant left the judicial district without permission of the Court or USPO | 12/10/2020 |
| 7 | Defendant committed another federal, state or local crime | 12/16/2020 |
| 8 | Defendant committed another federal, state or local crime | 12/20/2020 |
| 9 | Defendant committed another federal, state or local crime | 12/20/2020 |
| 10 | Defendant committed another federal, state or local crime | 12/20/2020 |
| 11 | Defendant left the judicial district without permission of the Court or USPO | 12/20/2020 |

DEFENDANT: CHRISTOPHER QUINTON HEARLSON
CASE NUMBER: 3:15cr404-WKW-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Twenty One (21) Months. The TERM of Supervised Release imposed on 5/11/2016 is REVOKED.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends Defendant be designated to a facility where Drug Treatment and Mental Health Treatment are available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL